UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

USA

    - against -

DARCY COPELAND,

                Defendant.

-----------------------------------------------------X

S3 15 Cr. 00465-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated February 21, 2017, is approved and accepted.

                                                  SO ORDERED.

                                                  Nelson S. Román
                                                  United States District Judge

Dated: White Plains, NY
         March 27, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2017