**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 24, 2021

**BY ECF AND EMAIL**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States* v. *Darcy Copeland,* S3 15 Cr. 465 (NSR) -01

Dear Judge Román:

  This Court ordered the Government to respond by March 26, 2021 to the defendant's *pro se* letter regarding his sentence calculation. (Dkt. 102). The Government respectfully requests a 30-day extension, until April 26, 2021, to file its response. The Government requests the additional time to permit the undersigned to retrieve and review relevant case files and to obtain relevant information from the Bureau of Prisons. The defendant, who claims a release date in June or July of 2022, will not be prejudiced by this modest extension. This is the Government's first request for an extension.

             Respectfully submitted,

             AUDREY STRAUSS
             United States Attorney

          By: /s/ Won S. Shin
             Won S. Shin
             Assistant United States Attorney
             (212) 637-2226

cc: Darcy Copeland, *pro se*

The Court grants the Govt's request for an extension of time until April 26, 2021 to file its response to pro se Deft's letter.  Clerk of Court requested to terminate the motion (doc. 103).  Chambers mailed a copy of this endorsement to pro se Deft. at USP Canaan.
Dated:  March 25, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2021