```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Darcy Copeland

                Defendant.

No. 1:24-CR-450-01 (AT)

7:15-CR-465-1 (NSR)

**ORDER**

Honorable Analisa Torres, U.S. District Judge:

    IT IS HEREBY ORDERED THAT, as soon as a bed is available for Darcy Copeland (Register No. 72614-054) at the Brooklyn House Residential Reentry Center (RRC), Mr. Copeland will be released to the RRC, which is authorized to transport Mr. Copeland from custody, subject to **the condition that he shall serve two months (2) at the RRC** and shall comply with all of its rules and conditions.

**SO ORDERED.**

Dated:    November 17, 2025
               New York, New York

                                                    Honorable Analisa Torres
                                                    U.S. District Judge